

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-155-CV

DAVID SCOT LYND                                                    APPELLANT

V.

LEA ALIENE COX                                                      APPELLEE

----------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On July 31, 2008, this court issued an order affirming the trial court's order sustaining a contest to appellant's affidavit of inability to pay because, after reviewing the record from the trial court's hearing on the contest, we concluded that the trial court did not abuse its discretion because the evidence supported the trial court's order sustaining the contest. Appellant subsequently filed a motion for rehearing that was denied without opinion on September 17,

---

[1] *See* Tex. R. App. P. 47.4.

2008.  Also on September 17, 2008, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid on or before September 29, 2008.  *See* Tex. R. App. P. 42.3(c).  Appellant has not paid the $175 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  October 9, 2008

---

[2] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).